AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Matthew Robertson** | Case Number: **1:19CR01208-001MV** |
| | USM Number: **04390-151** |
| | Defendant's Attorney: **Diego Esquibel** |

**THE DEFENDANT:**

☒ admitted guilt to violations of condition(s) **Mandatory, Special** of the term of supervision.
☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant attempted to obstruct or tamper with the substance abuse testing methods. | 03/2/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) **Special (attempting to obstruct or tamper with substance abuse testing on 3/13/22)** and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **8779** | **June 16, 2023** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| | |
| **1984** | **/s/ Martha Vazquez** |
| Defendant's Year of Birth | Signature of Judge |
| | |
| | **Honorable Martha Vazquez** |
| **Albuquerque, NM** | **Senior United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | |
| | **July 18, 2023** |
| | Date |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1A                                                                                    Judgment - Page 2 of 3

DEFENDANT: **Matthew Robertson**
CASE NUMBER: **1:19CR01208-001MV**

# ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to reside in a residential reentry center for a term of (up to) 6 months. | 03/02/2022 |
| Mandatory Condition | The defendant unlawfully possessed a controlled substance. | 03/14/2022 |
| Mandatory Condition | The defendant committed another federal, state or local crime. | 04/10/2022 |

DEFENDANT: **Matthew Robertson**
CASE NUMBER: **1:19CR01208-001MV**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **8 months**.

**Pursuant to Section 5D1.1(a), the Court will not impose a term of supervised release.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
　　☐ at  on .
　　☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　☐ before 2 p.m. on .
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL